IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER ANTON IRELAND, )
                Petitioner )
)
vs. ) Civil Action No. 07-1017
) Chief Judge Donetta W. Ambrose
JUDGE DONNA JO McDANIEL; ) Magistrate Judge Amy Reynolds Hay
WARDEN RUSTIN; M. BROOKS; )
ATTORNEY GENERAL OF THE STATE )
OF PENNSYLVANIA; THE DISTRICT )
ATTORNEY OF THE COUNTY OF )
ALLEGHENY, )
                Respondents )

## ORDER

AND NOW, this 23 day of Oct., 2007, after the Petitioner, Christopher Anton Ireland, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the petitioner ten days after being served with a copy to file written objections thereto, and petitioner's copy of the report and recommendation having been returned by Allegheny County Jail to the Court indicating that Petitioner was released on August 8, 2007, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that the Petitioner for Writ of Habeas Corpus [1] is dismissed as moot.

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*[signature]*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Christopher Anton Ireland
28097
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100